ABBIE C. FITCH, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

(Argued December 11, 1889 ; decided January 14, 1890.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made February 5, 1889, which affirmed a judgment in favor of defendants entered upon a verdict, and reversed an order dismissing the complaint on trial.

*Edward S. Clinch* for appellant.

*William H. Clark* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

In the Matter of the Final Accounting of WALTON McKINNEY, as Administrator, etc.

(Argued December 11, 1889; decided January 14, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made July 2, 1888, which affirmed a decree of the surrogate of Broome county.

*Arms & Curtis* for appellant.

*D. S. Richards* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.